**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
500 W. CAPITOL, ROOM D444
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

**May 10, 2010**

Ms. Sheila F. Campbell
Attorney at Law
Post Office Box 34007
Little Rock, AR 72203-4007

      Re: *Lewis v. Social Security Administration*, 4:09-CV-00482-WRW

Dear Ms. Campbell:

I have received the Proposed Findings of Fact and Recommended Disposition, which was filed on April 15, 2010.[1]

I assume that since you have not filed a response,[2] you agree with the Recommended Disposition. If you choose not to respond by 5:00 p.m. on Monday, May 17, 2010, I will adopt the Recommended Disposition.

                                    Cordially,

                                    /s/ Wm. R. Wilson, Jr.

Original to the Clerk of the Court

---

[1] Doc. No. 9.

[2] The response was due on Monday, May 3, 2010.