**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**LASTREASE LEWIS**
**on behalf of MLKE**[1]                                                                                   **PLAINTIFF**

**v.**                                              **4:09CV00482 WRW/BD**

**MICHAEL J. ASTRUE, Commissioner,**
**Social Security Administration,**                                                              **DEFENDANT**

## ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. After careful review of the Recommended Disposition, the objections received from the parties, as well as a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Accordingly, the decision of the Commissioner is affirmed and Plaintiff's Complaint (#1) is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED, this 19th day of May, 2010.

/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

---

[1] Claimant is a minor. (Tr. 68, 288) In accordance with Fed.R.Civ.P. 5.2(a), only her initials should be used in Court filings.