# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**LASTREASE LEWIS**
**on behalf of MLKE[1]**                                                                         **PLAINTIFF**

**v.**                                    **4:09CV00482 WRW/BD**

**MICHAEL J. ASTRUE, Commissioner,**
**Social Security Administration,**                                                        **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered and adjudged that the decision of the Commissioner is affirmed and that Plaintiff's complaint is dismissed with prejudice.

IT IS SO ORDERED, this 19th day of May, 2010.

/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

---

[1] Claimant is a minor. (Tr. 68, 288) In accordance with Fed.R.Civ.P. 5.2(a), only her initials should be used in Court filings.